1  Mitchell F. Boomer [SBN 121441]
   JACKSON LEWIS LLP
2  199 Fremont Street, 10th Floor
   San Francisco, California 94105
3  Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
4
   Attorneys for Defendant
5  SIEMENS IT SOLUTIONS AND SERVICES, INC.

6  Alan Adelman, Esq. [SBN 170860]
   Law Offices of Alan Adelman
7  240 Stockton Street, 9th Floor
   San Francisco, CA 94108
8  Tel: (415) 956-1360
   Fax: (415) 625-1339
9
   Elizabeth S. Mancl, Esq. [SBN 191844]
10 Law Offices of Elizabeth S. Mancl
   508 Forbes Avenue, 2nd Floor
11 Yuba City, CA 95991
   Tel: (530) 751-1694
12 Fax: 530) 751-2384

13 Attorneys for Plaintiff
   MELISSA COOK
14

15
                        UNITED STATES DISTRICT COURT
16
                        EASTERN DISTRICT OF CALIFORNIA
17

18 | MELISSA COOK,                           ) Case No: 2:07-cv-01931-LKK-GGH
                                             )
19 |                 Plaintiff,               ) **STIPULATION FOR DISMISSAL WITH**
                                             ) **PREJUDICE**
20 |        v.                                )
                                             ) **[F.R.C.P. 41(a)(1)(i)]**
21 | SIEMENS IT SOLUTIONS AND SERVICES,)
    INC.,                                    )
22 |                                          )
                     Defendant.               )
23                                           )

STIPULATION FOR DISMISSAL                                Case No. 2:07-cv-01931-LKK-GGH
WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]
                                       1

PDF created with pdfFactory trial version www.pdffactory.com

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: June 19, 2008         LAW OFFICES OF ELIZABETH S. MANCL
                             LAW OFFICES OF ALAN ADELMAN


                             By /s/ Elizabeth S. Mancl
                                  Elizabeth S. Mancl

                             Attorneys for Plaintiff
                             MELISSA COOK


Dated: June 12, 2008         JACKSON LEWIS LLP


                             By /s/ Mitchell F. Boomer
                                  Mitchell F. Boomer

                             Attorneys for Defendant
                             SIEMENS IT SOLUTIONS AND SERVICES, INC.

**IT IS SO ORDERED.**


Dated: June 23, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com